FILED

JUN 1 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | S U P E R S E D I N G |
| | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | CASE NO.: 1:26CR16 |
| | ) | |
| DANIEL MCFERREN, aka GOOB, | ) | Title 18, United States Code, |
| SHAWN FEARS, | ) | Sections 922(g)(1) and 924(a)(8); |
| CARLOS GOMEZ, | ) | Title 21, United States Code, |
| KEVIN GASTON, aka FAT BOY, | ) | Sections 841(a)(1), (b)(1)(B), |
| | ) | (b)(1)(C), 843(b), and 846 |
| Defendants. | ) | |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B) and (b)(1)(C))

The Grand Jury charges:

1. Beginning on or about February 7, 2025, and continuing until on or about June 13, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants DANIEL MCFERREN, aka GOOB, SHAWN FEARS, CARLOS GOMEZ, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and (b)(1)(C).

## MANNER AND MEANS OF THE CONSPIRACY

2.      It was part of the conspiracy that:

A.      MCFERREN, FEARS, GOMEZ, and others, known and unknown, were part of a Drug Trafficking Organization (DTO) distributing controlled substances in the Northern District of Ohio.

B.      FEARS distributed kilogram quantities of cocaine to MCFERREN for redistribution.

C.      MCFERREN distributed ounce quantities of cocaine to GOMEZ for redistribution.

D.      GOMEZ would then travel to Akron, Ohio, and redistribute ounce quantities of cocaine to Kevin GASTON (a person known to the Grand Jury but not indicted in this count).

E.      FEARS, MCFERREN, and GOMEZ used multiple telephones to conduct drug trafficking activity by making and receiving phone calls and FaceTime Calls.

F.      FEARS, MCFERREN, and GOMEZ often switched to FaceTime calls to attempt to avoid law enforcement detection when discussing drug trafficking business over the telephone.

G.      During the course of the conspiracy, FEARS would store cocaine in the basement cabinet of his residence on Griffing Ave., in Cleveland, Ohio.

H.      During the course of the conspiracy, FEARS and MCFERREN possessed firearms.

I.      When using telephones to conduct drug trafficking activity, FEARS MCFERREN, and GOMEZ used slang, street terminology, and code words and phrases to

2

obscure and disguise the true nature of their activities and the true meaning of their conversations.

ACTS IN FURTHERANCE OF THE CONSPIRACY

3. In furtherance thereof, and to effect and conceal the existence of the conspiracy, the Defendants and others performed acts in the Northern District of Ohio, Eastern Division and elsewhere, including but not limited to the following:

4. On or about February 12, 2025, at his residence on E. 116th St. in Cleveland, Ohio, MCFERREN sold 500 grams or more of a mixture and substance containing a detectable amount of cocaine to a person cooperating with law enforcement (hereinafter referred to as "CS").

5. On or about April 17, 2025, at approximately 11:41 a.m., MCFERREN and GOMEZ had a conversation on the telephone. During the conversation, MCFERREN said to GOMEZ, "I ain't went back up that way; by the time I get up that way he prolyl [probably] call me in a minute and let me know." GOMEZ replied to MCFERREN, "Okay." GOMEZ then responded to MCFERREN, "Okay 'cause he just called me" to which MCFERREN responded to GOMEZ, "Oh yeah, okay, 'aight. I'mma get you [unintelligible]." GOMEZ then said to MCFERREN, "I know, I know." MCFERREN responded, "But, like I said they, he just, waiting on play [drug deal]." GOMEZ responded, "Okay." MCFERREN said to GOMEZ, "You feel me? Yeah." GOMEZ responded, "I gotcha." MCFERREN said, "Yup, alright."

6. On or about April 17, 2025, at approximately 1:19 p.m., MCFERREN and GOMEZ had a follow-up conversation on the telephone. MCFERREN answered and said, "What's up baby?" GOMEZ responded, "Hey GOOB [MCFERREN]." MCFERREN responded, "Yeah." GOMEZ stated MCFERREN "I ain't press you, I just wanted to figure-see something

3

[figure out a drug deal]. Look ol' boy, my boy down there [GASTON] had called me." MCFERREN responded, "Right." GOMEZ responded, "But then my boy Tone, the one he said he been knowing you since he was a little boy," to which MCFERREN again responded, "Right." GOMEZ continued, "He called me and told me too [Told GOMEZ that he could also sell GOMEZ drugs to then redistribute to GASTON], but I'd rather wait on you if you say it's going to be this evening." MCFERREN said, "Oh, yeah, yeah, yeah, I'm just saying yeah, most likely." GOMEZ responded, "Yeah," and MCFERREN replied, "See what I'm saying?" GOMEZ said, "Okay, alright. I'm waiting on you. I'm waiting on you." MCFERREN responded, "They gave, they gave me a call you know what I'm saying?" GOMEZ then replied, "Alright, okay. I'm waiting on you then." MCFERREN replied, "Yeah, fo'sho." Both parties said "alright," and the call concluded.

7.      On or about April 17, 2025, at approximately 4:45 p.m., MCFERREN called FEARS on the telephone. After the parties greeted each other, FEARS said to MCFERREN, "Wanna pull up?" MCFERREN responded, "Huh?," FEARS said, "You gon' pull up?" MCFERREN said, "Yeah, I'mma pull up in a few minutes."

8.      On or about April 17, 2025, at approximately 5:29 p.m., MCFERREN arrived at his residence on E. 116th St. and exited a rented black Mazda sedan. MCFERREN retrieved a small item from the rear driver's side area of the vehicle, walked to the trunk of the vehicle and retrieved a white, rectangular bag from the trunk of the vehicle. MCFERREN then closed the trunk and entered his residence.

9.      On or about April 17, 2025, at approximately 5:30 p.m., MCFERREN called GOMEZ on the telephone. The parties greeted each other and MCFERREN said, "Man, hit me up tomorrow, for sheezy, man." GOMEZ responded, "Okay, okay." MCFERREN replied,

4

"Yeah, but it's up to you though . . . you know, you know what I'm saying?" GOMEZ replied, "It's cool, we can wait until tomorrow early." MCFERREN said, "Okay, that's work. That'll work."

10. On or about April 20, 2025, at approximately 9:10 p.m., FEARS made a telephone call to MCFERREN. The two parties greeted each other, and FEARS asked why MCFERREN missed FEARS's first call and asked if MCFERREN was asleep. MCFERREN said that he left his phone upstairs. FEARS then asked, "You on the porch [at MCFERREN's residence]?" MCFERREN replied, "No, what's up?" FEARS then said, "Yeah, I was trying to see what's up with you. What, what's it looking like for you [inquiring if MCFERREN is redistributing drugs]?" MCFERREN responded, "Oh, sh-, sh-. You know a couple motherf--kers said what's up. But what. What you want? Are you out?" FEARS said, "Huh?" MCFERREN asked again, "Are you out?" FEARS replied "Yeah!" MCFERREN said, "Oh well alright then [unintelligible]" FEARS then said "Huh? No, I ain't." The call dropped.

11. On April 20, 2025, at approximately 9:17 p.m., FEARS, wearing a black hoodie and black pants, walked to the front gate of MCFERREN's residence on E. 116th St. MCFERREN then exited the residence and went over to FEARS at the front gate. FEARS then handed a cell phone to MCFERREN. A short time later, MCFERREN handed the cell phone back to FEARS while the two appeared to engage in conversation briefly before MCFERREN walked back into the residence, and FEARS walked South on E. 116th St.

12. On or about April 21, 2025, at approximately 7:55 p.m., GOMEZ called MCFERREN on the telephone. GOMEZ asked MCFERREN what he was doing, and MCFERREN replied, "Oh, s--t. Chillin' what's happening?" GOMEZ then said, "Me too." MCFERREN then replied to GOMEZ, "Will you . . . oh damn, I gotta come get you then!"

5

GOMEZ asked, "How long you gonna be?" MCFERREN replied, "S--t, I'm 'bout to be 'bout . . . I'm 'bout to pull up right now." GOMEZ said he had to get dressed then the parties said goodbye.

13. On or about April 21, 2025, at approximately 8:13 p.m., MCFERREN called GOMEZ on the telephone to let GOMEZ know he was arriving at GOMEZ's residence.

14. On April 21, 2025, at approximately 8:32 p.m., MCFERREN's rented black Mazda sedan arrived at MCFERREN's residence on E. 116th St. MCFERREN and a female exited the rented black Mazda sedan and walked toward MCFERREN's residence. Shortly after, a male identified as GOMEZ exited the back passenger side of the rented black Mazda sedan and entered the driver seat of the rented black Mazda sedan. At approximately 8:42 p.m., MCFERREN returned to the rented black Mazda sedan and handed an item to GOMEZ through the driver's side window then GOMEZ departed the area.

15. On or about April 21, 2025, at approximately 10:03 p.m., GOMEZ called MCFERREN on the telephone. GOMEZ said, "I'm outside [outside MCFERREN's residence on E. 116th St.]." MCFERREN responded, "Aright, no problem."

16. On or about April 21, 2025, at approximately 10:03 p.m., the rented black Mazda sedan pulled into the driveway of MCFERREN's residence. MCFERREN then walked toward the rented black Mazda sedan from his residence. MCFERREN entered the passenger side of the rented black Mazda sedan, while GOMEZ continued to occupy the driver's seat. At approximately 10:05 p.m., the rented black Mazda sedan pulled out of the driveway of MCFERREN's residence. At approximately 10:41 p.m., the rented black Mazda sedan returned to MCFERREN's residence and parked in the driveway. MCFERREN then exited the vehicle and walked towards his residence.

6

17.     On or about April 23, 2025, the CS met with MCFERREN to discuss the potential future purchase of drugs. The CS asked MCFERREN, "How do you look? [how much cocaine do you have]?" MCFERREN responded, "I have about a half [half kilogram of cocaine]." The CS then proceeded to tell MCFERREN that the CS's purported drug customer wants "three." MCFERREN replied, "I don't even think they [MCFERREN's source of supply] got that." The CS then asked MCFERREN what the "ticket" is, referring to what the price of a kilogram would be, and MCFERREN responded "16," referring to $16,000.00 for one kilogram.

18.     On or about April 23, 2025, at approximately 4:56 p.m., FEARS called MCFERREN on the telephone. During the call, FEARS said to MCFERREN, "Yeah, old boy, he said, um, he said that um, . . . I'm trying to FaceTime." MCFERREN responded, "Okay, f—k."

19.     On or about April 24, 2025, at approximately 12:33 p.m., MCFERREN called GOMEZ on the telephone. After greetings, MCFERREN said, "Yeah, for sure what's been out though, nothing?" GOMEZ responded "Hell naw! I'mma call, I'm 'bout to call them and see what's up, 'cause today Thursday, ain't it?" MCFERREN responded, "Yup, yup, yup, yup. Well, s--t." GOMEZ said, "Yeah, he should've [GASTON.] called me yesterday." MCFERREN then replied, "Well I'm on standby then for ya."

20.     At approximately 12:37 p.m., MCFERREN placed an additional outgoing telephone call to GOMEZ which said whenever GOMEZ is ready to go to reach out to MCFERREN, to which GOMEZ acknowledged.

21.     On or about April 24, 2025, at approximately 2:17 p.m., the CS placed an outgoing call to MCFERREN, and MCFERREN did not answer. MCFERREN then texted the CS, "10 min."

7

22. On or about April 24, 2025, at approximately 3:06 p.m., FEARS called MCFERREN on the telephone. After greetings, MCFERREN said, "Oh, s--t, chillin' and s--t. My dude [the CS] had hit me back and s--t. He say, 'Man, he gotta offer me summin'[something], say he's gonna call me today.' Yeah, just hit me back. Oh, I just seen your boy walking down." Later in the conversation, FEARS then asked, "Are you at a restaurant?" MCFERREN then said, "I can't hear you," FEARS then said, "I said, are you at a restaurant?" MCFERREN then said, "Yeah, yup, yup. Right here 'bout to roll back down there. I still gotta deliver some and s--t, man." FEARS then said something inaudible, and MCFERREN replied, "Yeah, he was just walking about this motherf--ker, uh, uh. I don't know, proll'yl [probably], uh, uh proll'yl [probably] got the truck out there. I'm 'bout to call you when I pull out of here."

23. On or about April 24, 2025, at approximately 7:46 p.m., MCFERREN received an incoming telephone call from FEARS. At the beginning of the call, FEARS said to MCFERREN "Oh, you at the game? You had to go to the game?" MCFERREN responded, "Yeah, I, wassup though?" FEARS, "Hold on-hold on, lemme FaceTime you."

24. On or about April 24, 2025, at approximately 7:54 p.m., GOMEZ called MCFERREN on the telephone. MCFERREN said to GOMEZ, "I'm at my son's game." GOMEZ responded, "Oh you at his game? And he wanted me to come down." MCFERREN said, "You can come down! S--t, I, I come get you as soon as I leave out of here." GOMEZ asked, "Alright, how long you think that's gonna be?" MCFERREN said, "Uh, this, this game over like 5 minutes, 10 minutes." GOMEZ replied, "Alright, I'm getting dressed."

25. On or about April 24, 2025, at approximately 8:22 p.m., MCFERREN called GOMEZ on the telephone. GOMEZ answered and said "GOOB [MCFERREN]." MCFERREN

8

replied, "Hey, I'm on my way." GOMEZ replied, "Alright" MCFERREN replied, "I'm 'bout to get on the highway, yeah." GOMEZ said, "Okay."

26.     On or about April 24, 2025, at approximately 8:35 p.m., MCFERREN called GOMEZ on the telephone. GOMEZ answered and said, "Coming down." MCFERREN responded "Alright."

27.     On or about April 24, 2025, at approximately 8:56 p.m., MCFERREN's rented black Mazda backed into the driveway of MCFERREN's residence on E. 116th. MCFERREN then exited the driver side of the vehicle and entered his residence as GOMEZ exited the passenger side and got into the driver's seat of the rented black Mazda.

28.     On or about April 24, 2025, at approximately 9:05 p.m., MCFERREN returned to the rented black Mazda and appeared to give something to GOMEZ through the passenger side of the vehicle before GOMEZ departed in MCFERREN's vehicle.

29.     On or about April 24, 2025, at approximately 9:22 p.m., GASTON called GOMEZ on the telephone.

30.     On or about April 24, 2025, at approximately 9:47 p.m., GOMEZ called GASTON on the telephone.

31.     On or about April 24, 2025, at approximately 9:49 p.m., GOMEZ arrived in vicinity of GASTON'S house on Rhodes Ave. in Akron, Ohio. GOMEZ then parked curbside just South of GASTON'S residence.

32.     On or about April 24, 2025, at approximately 9:51 p.m., GASTON walked out from the back of his residence on Rhodes Ave. and entered the passenger side of GOMEZ's vehicle.

9

33. On or about April 24, 2025, at approximately 9:53 p.m., GASTON exited from the vicinity of GOMEZ's vehicle and returned to the back of GASTON'S residence on Rhodes Ave., as GOMEZ's vehicle departed.

34. On or about April 24, 2025, at approximately 10:32 p.m., GOMEZ called MCFERREN on the telephone. During the call, GOMEZ said, "Coming up the street." MCFERREN replied, "Alright." GOMEZ responded "Alright, bye."

35. On or about April 24, 2025, at approximately 10:35 p.m., GOMEZ returned to MCFERREN's residence on E. 116th Street. MCFERREN then exited from his residence, entered the rented black Mazda, and departed from the residence.

36. On or about April 28, 2025, at approximately 8:36 a.m., MCFERREN called FEARS on the telephone. After greetings, MCFERREN said missed FEARS's call the previous day, and then said, "I went, I went to go see . . . um dude, that was old boy or something?" FEARS responded, "Oh, yeah my cousin, lil cousin." MCFERREN acknowledged, "Yeah." FEARS said, "A'ight, he said maybe today or tomorrow." MCFERREN replied, "Oh okay, yeah we got it, f--k!" FEARS said, "You say what now?" MCFERREN replied, "I say yeah it's on, f--k!"

37. On or about April 28, 2025, at approximately 5:31 p.m., MCFERREN called FEARS on the telephone. After greetings, FEARS said, "S--t, he hit me up." MCFERREN replied, "He just hit you up?" FEARS acknowledged, "Yeah." MCFERREN said, "Well, give me uh . . . I'm just up in Chagrin. I'm 'bout to come down, damn! You just called me, didn't you?" FEARS said, "I called, I called several times." MCFERREN replied, "I didn't hear you." FEARS replied, "I called you a couple of times!" MCFERREN said, "Oh yeah, I, I, I, was up on Chagrin. I be down that way in a minute. You want me to come to you?" FEARS said, "Yeah, but

FaceTime me bro!" MCFERREN acknowledged, "Alright." There was a long pause until MCFERREN said, "You don't see me?" FEARS replied, "Man, I don't know what chu got goin' on."

38.    On or about April 28, 2025, at approximately 6:22 p.m., MCFERREN called FEARS on the telephone. During the conversation, MCFERREN said, "'Bout to pull up" FEARS replied "Alright." MCFERREN acknowledged, "Yup."

39.    On or about April 30, 2025, at approximately 12:37 p.m. MCFERREN received an incoming telephone call from GOMEZ. During the call, the parties greeted each other and GOMEZ said to MCFERREN, "Whatchu up to?" MCFERREN replied, "Aw, sitting right here in the uh car place." GOMEZ said, "You um . . . want me to tell him to wait 'til you get off?" MCFERREN responded, "Nah, nah you can roll now." GOMEZ then said "Alright, I'm finna get dressed."

40.    On or about April 30, 2025, at approximately 12:43 p.m., MCFERREN called GOMEZ on the telephone. After greetings, MCFERREN said, "I'm 'bout to jump on the highway and come getchu' right now." GOMEZ replied, "Okay." MCFERREN said, "Alright then."

41.    On or about April 30, 2025, at approximately 1:19 p.m., MCFERREN called GOMEZ on the telephone. GOMEZ answered and said, "You here?" MCFERREN replied, "I'm 'bout to pull up, yeah I'm at the light." The call then ended.

42.    On April 30, 2025, at approximately 1:23 p.m. MCFERREN driving his newly rented gray Mazda CX-30 pulled up to the outside GOMEZ's residence. Shortly after, GOMEZ exited his residence, entered the front passenger side of MCFERREN's rented gray Mazda CX-30, and departed the area.

11

43.     On or about April 30, 2025, at approximately 1:43 p.m., MCFERREN's rented gray Mazda CX-30 backed into the driveway of his residence on E. 116th St. MCFERREN exited the driver's seat of the rented gray Mazda CX-30 and entered his residence. Around the same time, GOMEZ got out of the passenger seat of MCFERREN's rented gray Mazda CX-30and entered the driver's seat. At approximately 1:51 p.m., MCFERREN came out of his residence and handed an item to GOMEZ while GOMEZ was in the driver's seat of the rented gray Mazda CX-30. GOMEZ then departed MCFERREN's residence driving the rented gray Mazda CX-30.

44.     On or about April 30, 2025, at approximately 2:30 p.m., GOMEZ placed one (1) outgoing telephone call to GASTON and received two (2) incoming calls from GASTON Both the incoming calls and outgoing call were short durations.

45.     On or about April 30, 2025, at approximately 2:33 p.m., GOMEZ arrived in the vicinity of GASTON'S residence in Akron. Shortly after, GASTON came from the back of the residence and entered the passenger seat of Gomez's vehicle. Shortly after, GASTON exited the passenger side of the vehicle and returned to the back of his residence. GOMEZ then departed the area.

46.     On or about April 30, 2025, at approximately 3:11 p.m., GOMEZ called MCFERREN on the telephone. During the call, GOMEZ said to MCFERREN, "I'm pulling up." MCFERREN acknowledged, and the call ended.

47.     On April 30, 2025, at approximately 3:11 p.m., GOMEZ arrived at MCFERREN's residence while driving the rented gray Mazda CX-30. Shortly after, MCFERREN exited his residence carrying white plastic bags. MCFERREN then walked to the rented gray Mazda CX-30 and placed the white plastic bags in the back seat of the vehicle. MCFERREN then entered the passenger seat of the rented gray Mazda CX-30. The rented gray

12

Mazda CX-30 then departed MCFERREN's residence with GOMEZ driving and MCFERREN in the passenger seat.

48. On or about April 30, 2025, at approximately 3:39 p.m., MCFERREN called FEARS on the telephone. FEARS answered and said, "Wassup with it?" MCFERREN replied, "Aye, if you need me to come across, I'll come across though. You feel me?" FEARS replied, "Come across four-thirty cool." MCFERREN then said "Oh, okay, that's cool a'ight bet."

49. On or about April 30, 2025, at approximately 3:41 p.m., MCFERREN was in the vicinity of GOMEZ's residence.

50. On April 30, 2025, at approximately 4:56 p.m., MCFERREN's rented gray Mazda CX-30 backed into the driveway of MCFERREN's residence. MCFERREN then exited the vehicle and walked to the front door of his residence. Shortly after, MCFERREN exited his residence and walked toward the rented gray Mazda CX-30. MCFERREN then pulled out of his driveway and travelled east on E. 116th St. At approximately 5:11 p.m., MCFERREN arrived at FEARS's residence. Shortly after, FEARS entered his Toyota FJ Cruiser and MCFERREN entered the rented gray Mazda CX-30 and both departed from FEARS's residence. At approximately 5:23 p.m., MCFERREN backed into the driveway of MCFERREN's residence. MCFERREN then exited his vehicle and walked to the front door of his residence.

51. On or about April 30, 2025, at approximately 6:12 p.m., MCFERREN called FEARS on the telephone. During the call, MCFERREN said, "So, what you want, what you want me to tell him, man?" FEARS replied, "It's, it's, it's, it's too late now, bro [unintelligible]." MCFERREN replied, "A'ight yeah. A'ight well, I'll be back [unintelligible] that way in a few minutes, man." FEARS said, "Yeah, I'm, I'm, I'm making a run, man. Yup." MCFERREN said, "Well, call me as soon as, soon as you done. Call me as soon as you done." FEARS said, "When

13

I come [unintelligible] I gotta come past there anyways." MCFERREN said, "I mean what kind [voices overlap]." FEARS said, "I'm going on the [unintelligible] way." MCFERREN said, "A'right okay. I'll, I be around there by then."

52.     On or about May 2, 2025, at approximately 4:43 p.m., GOMEZ called MCFERREN on the telephone. During the call, MCFERREN said, "What up, babe?" GOMEZ replied, "Whatchu doing?" MCFERREN said, "I don't know, s--t at work." GOMEZ asked, "What time you get off?" MCFERREN replied, "Uh, in a minute. What's up?" GOMEZ said, "He called me, right?" MCFERREN said, "Yeah, yeah, yeah." GOMEZ said, "He want to, he wanna buy a four piece [four ounces of drugs]. He want to see if you will throw him two [provide an extra two ounces]. He gonna buy four, though." MCFERREN then said, "hold on. Hey, I'm about to come…where you at? You where?" GOMEZ replied, "I'm 'bout to get dressed." MCFERREN said, "A'right, I'm right, I'm, I'm, down the street."

53.     On or about May 2, 2025, at approximately 4:43 p.m., GASTON called GOMEZ.

54.     On or about May 2, 2025, at approximately 5:38 p.m., MCFERREN exited the driver side of his vehicle and walked towards his residence on E. 116th St. Around the same time, GOMEZ exited the front passenger seat of the rented gray Mazda CX-30 and entered the driver's side door of the residence. At approximately 5:43 p.m., GOMEZ called GASTON on the telephone. At approximately 5:48 p.m., MCFERREN exited his residence and returned to the rented gray Mazda CX-30.  MCFERREN then handed something to GOMEZ through the driver's side window. Shortly after, GOMEZ departed MCFERREN's residence.

55.     On or about May 2, 2025, at approximately 6:27 p.m., GOMEZ called GASTON on the telephone.

14

56.     On or about May 2, 2025, at approximately 7:13 p.m., GOMEZ, driving MCFERREN's vehicle, pulled into the driveway of MCFERREN's residence on E. 116th St. MCFERREN exited his residence, walked towards the vehicle, and entered the front passenger seat. Shortly after, GOMEZ drove the vehicle away from MCFERREN's residence.

57.     On or about May 7, 2025, at approximately 7:14 p.m., FEARS called MCFERREN on the telephone. During the call, FEARS said to MCFERREN, "What's up with it?" FEARS replied, "Aw s--t, what's happening?" FEARS said, "Ain't s--t, it's real money [unintelligible]" MCFERREN said, "Man, that—in motion, for real." FEARS said, "Oh s--t. You know, I mean, most mo- motherf--ker, you know, he hit me on, on, on another level, but . . ." MCFERREN said, "Oh yeah, yeah, that. Like I said, I ain't doing that s--t no more. Like said, I'mma, I'mma play. You know what I'm saying? Motherf--ker tired of being stagnant, but I called my, called my dude guy. 'I'm gonna get witchu tomorrow and tell him . . .' You know what it is, but I mean, you know?" FEARS said, "Yeah, motherf--ker, the motherf--ker just gotta, like on the quick side, you know what I'm saying? The motherf—ker . . . [unintelligible]." MCFERREN said, "Yeah, yeah, I get it. I get it. Yep. You ain't gotta tell me." FEARS said, "Mostly [unintelligible]." MCFERREN said, "This what, this is what I'mma try to do on the next go around so me and you can go on both plays [drug deals] for one. You feel me?" FEARS said, "You say what?" MCFERREN said, "I'mma try to have mine on me, on my end. You feel me? On, on, on, wh—on so we ain't going through that, man. Like I said, doing that. You know? What we talk about, you know? We ain't gotta talk about it."

58.     On or about May 7, 2025, at approximately 7:25 p.m., MCFERREN met at FEARS's residence at 12519 Griffing Ave., Cleveland, OH and engaged in a conversation. At

15

approximately 8:14 p.m., MCFERREN entered the rented gray Mazda CX-30 and departed the area.

59.     On or about May 9, 2025, at approximately 10:51 a.m., MCFERREN called GOMEZ on the telephone. During the call, GOMEZ said, "He just hit me up [GASTON.] . . . so when he get out . . . probably about time you get off he said." MCFERREN said, "Oh, around that time. So, you want . . . just want me to come and get you when I'm, uhm, on my way back across?" GOMEZ replied, "No, you got to let him [GASTON call me first." MCFERREN said, "Oh, oh, oh, ok, ok, ok, yeah, alright well as soon as he call you just call me." GOMEZ said, "Yup." MCFERREN replied, "Whenever he call you . . . I just come get you." GOMEZ and GASTON then called each other.

60.     On or about May 9, 2025, 3:22 p.m., MCFERREN called GOMEZ on the telephone. During the call, MCFERREN said, "S--t! I'm about to get off in a few minutes at 3:30." GOMEZ replied, "You want me to be ready or you want me to wait?" MCFERREN said, "Oh, no be ready cause I'm on my way coming down thru there right now."

61.     On or about May 9, 2025, at approximately 3:59 p.m., GOMEZ called MCFERREN on the telephone. During the call, GOMEZ asked, "Where you at?" MCFERREN replied, "I'm coming across right now! I'm about three lights away." GOMEZ acknowledged and said, "Coming down."

62.     On or about May 9, 2025, at approximately 4:27 p.m., MCFERREN's vehicle backed into the driveway at MCFERREN's residence on E. 116th St. MCFERREN exited the driver's seat of the vehicle and entered his residence. Investigators then observed GOMEZ exit the passenger seat of MCFERREN's rented grey Mazda CX-30 and walk over to the driver's

16

side of the vehicle. Investigators then observed GOMEZ enter the driver's side of MCFERREN's rented grey Mazda CX-30.

63. Around the same time, per a toll analysis of GOMEZ's cellular phone number 216-240-4884, GOMEZ placed an outgoing call to GASTON

64. On or about May 9, 2025, at approximately 4:36 p.m., MCFERREN returned to the vehicle with GOMEZ in the driver's seat carrying an item in his hand. MCFERREN leaned into the driver's side of the vehicle. Around the same time, GOMEZ exited the passenger seat of MCFERREN's vehicle and entered the driver's seat. Shortly after, GOMEZ departed MCFERREN's residence in MCFERREN's vehicle headed to Akron, OH.

65. On or about May 9, 2025, at approximately 6:28 p.m., GOMEZ returned to MCFERREN's residence on E. 116th St. driving MCFERREN's vehicle. MCFERREN then exited his residence and walked toward the vehicle, entered the front passenger seat and GOMEZ drove the vehicle away.

66. On or about May 9, 2025, at approximately 8:31 p.m., MCFERREN called FEARS on the telephone. During the call, MCFERREN said, "Okay, hold on, I'm about to this in this old thing." FEARS said, "Hey, where you at?" MCFERREN responded, "Huh? By the house." FEARS said, "Put it by . . . walk, walk in the back. Put it, put it, put it, put it in the Tahoe, in the sun visor." MCFERREN said, "Okay, a'right, okay . . ." FEARS said, "On, on the driver's side."

67. On or about May 10, 2025, at approximately 12:49 p.m., FEARS called MCFERREN on the telephone. MCFERREN said, "Oh, it's that, okay. Yes, I . . . I got 'bout $1,500 for babe." FEARS replied, "Okay." MCFERREN said, "Yeah, umm . . . it's there, I'm telling you, a'ight [unintelligible] a'ight, FaceTime!"

68.    On or about May 10, 2025, at approximately 4:43 p.m., MCFERREN exited his residence on E. 116th St., walked to his vehicle, got in, and departed his residence.

69.    On or about May 10, 2025, at approximately 4:45 p.m., MCFERREN arrived at FEARS's residence. MCFERREN then exited his vehicle and handed an item to FEARS while FEARS was outside doing yardwork.

70.    On or about May 13, 2025, at approximately 2:54 p.m., GOMEZ called MCFERREN on the telephone. GOMEZ said to MCFERREN, "What time you getting off?" to which MCFERREN responded, "S--t, prolyl about like 4:30 [p.m.]. GOMEZ then said to MCFERREN, "Alright, call me" MCFERREN then said to GOMEZ, "Maybe before that," to which GOMEZ reiterated, "Alright, call me."

71.    On or about May 13, 2025, at approximately 4:15 p.m., MCFERREN called GOMEZ on the telephone. During the call, MCFERREN said, "It gonna . . . what's up? You gonna be ready?" GOMEZ said, "How long before you get here?" MCFERREN said, "See, I'll be there in like 20 m— I'mma punch out at 4:30, right about . . ." GOMEZ said, "Yeah, I'll be ready."

72.    On or about May 13, 2025, at approximately 4:35 p.m., MCFERREN called GOMEZ on the telephone. During the call, MCFERREN said GOMEZ, "I gotta take my son to practice, this s--t's so crazy all the time, bro." GOMEZ then responds to MCFERREN, "Want me to tell him [KG] I'll come in the morning?" MCFERREN takes a pause and then said, "See we could go tonight, his practice is over at 6:30 [p.m.]" GOMEZ then replied "Alright, that's cool." MCFERREN then said to GOMEZ, "So as soon as his practice is over, I'm just gonna come get you." GOMEZ then said to MCFERREN, "Ok, alright." MCFERREN responded "Alright, bet." The call then concluded.

73.     On or about May 13, 2025, at approximately 6:31 p.m., MCFERREN called GOMEZ on the telephone. During the call, GOMEZ said, "GOOB [MCFERREN]!" MCFERREN replied, "What's up babe? You still wanna go?" GOMEZ answered, "A'right, well I'm on my way. I'm about to drive home, but I be getting on the highway."

74.     On or about May 13, 2025, at approximately 6:56 p.m., MCFERREN called GOMEZ on the telephone. During the call, GOMEZ said, "You, I'm coming down now."

75.     On or about May 13, 2025, at approximately 7:16 p.m., MCFERREN's rented 2025 gray Mazda CX-30 backed into the driveway of his residence on E. 116th St. MCFERREN exited the vehicle and walked toward the front of his residence while GOMEZ exited the front passenger seat and entered the driver's seat of MCFERREN's rented 2025 gray Mazda CX-30.

76.     On or about May 13, 2025, at approximately 7:24 p.m., MCFERREN walked from his residence back to the vehicle with a white object in his hand. MCFERREN then passed the object to GOMEZ through the open driver's side window of the rented 2025 gray Mazda CX-30. GOMEZ then departed MCFERREN's residence in MCFERREN's rented 2025 gray Mazda CX-30as MCFERREN discarded a trash bag into a trash can.

77.     On or about May 13, 2025, at approximately 9:17 p.m., GOMEZ returned to MCFERREN's residence on E. 116th St. driving MCFERREN's rented 2025 gray Mazda CX-30. Shortly after, MCFERREN emerged from his residence and entered the front passenger seat of his vehicle with GOMEZ still in the driver's seat.

78.     On or about May 13, 2025, at approximately 10:04 p.m., MCFERREN's rented 2025 gray Mazda CX-30 returned to MCFERREN's residence on E. 116th St.

MCFERREN was then observed to exit the rented 2025 gray Mazda CX-30 and walk into MCFERREN's residence.

79. On or about May 16, 2025, at approximately 9:21 a.m., MCFERREN called GOMEZ on the telephone. During the call, MCFERREN said, "Oh, oh you wanna . . .you wanna go when I get off?" GOMEZ replied, "Yeah, he said that'll be cool . . . four, five o'clock." MCFERREN said, "Oh okay, that's cool, that's yup . . ." GOMEZ asked, "What . . .what time you get off today?" MCFERREN replied, "S--t! I'm . . . I'm . . . I'm gonna get off earlier tonight though. I'm gonna get off about . . . uhm . . . I'm gonna get off at prolly three-thirty. Did—" GOMEZ cut MCFERREN off and said, "Cause, cause, alright cause his boy . . . his boy ain't gonna get there until like seven-thirty, he said." MCFERREN said, "Okay . . . well . . . I'm . . . I come get you about that time, about three-thirty. About four o'clock."

80. On or about May 16, 2025, at approximately 3:06 p.m., GOMEZ called MCFERREN on the telephone. During the call, GOMEZ said, "What time are you coming to get me?" MCFERREN replied, "Yeah, yeah yeah, fo' sho." GOMEZ said, "No what time? What time? What time?" MCFERREN responded, "Uh, uh . . . see . . . let me see, 'bout fo'[four]? Wha-what time you wanna go?" GOMEZ said, "I mean it's up to you." MCFERREN said, "A'right, about fo'[four]."

81. On or about May 16, 2025, at approximately 3:15 p.m., MCFERREN departed from his residence on E. 116th St. in his vehicle.

82. On or about May 16, 2025, at approximately 4:36 p.m., MCFERREN's rented 2025 gray Mazda CX-30 was parked back at MCFERREN's residence on E. 116th St. At approximately 4:38 p.m., MCFERREN was observed to exit the driver's seat of the rented 2025 gray Mazda CX-30 and GOMEZ exited the front passenger seat. MCFERREN handed the car

20

keys to GOMEZ who proceeded to enter the driver's seat of MCFERREN's rented 2025 gray Mazda CX-30. MCFERREN then walked toward his residence and entered. MCFERREN came out of his residence a short while later and walked to the driver's side door of his vehicle, removed an object from under his shirt and placed it in the door frame then closed the door of the vehicle. GOMEZ then departed MCFERREN's residence.

83.    On or about May 16, 2025, at 5:26 p.m., GOMEZ arrived at GASTON'S residence driving the rented 2025 gray Mazda CX-30 and parked in front of GASTON vehicle. Shortly after, GASTON entered the front passenger side of the rented 2025 gray Mazda CX-30 GOMEZ was driving. GOMEZ departed GASTON'S residence with GASTON still in the front passenger seat of the rented 2025 gray Mazda CX-30. GOMEZ then returned to GASTON'S residence. Shortly after, GASTON exited the rented 2025 gray Mazda CX-30 and returned to his residence. Around the same time, GOMEZ departed the area driving the rented 2025 gray Mazda CX-30.

84.    On or about May 21, 2025, at approximately 11:44 a.m., GOMEZ called MCFERREN on the telephone. During the call, MCFERREN said, "S--t! Uhm, what time you want me to be over? Whatever time you ready to go." GOMEZ said, "Man, about five o'clock is good." MCFERREN said, "Oh yeah, that's good, that's good."

85.    On or about May 21, 2025, at approximately 4:06 p.m., GOMEZ called MCFERREN on the telephone. During the call, GOMEZ asked MCFERREN, "What're you doin?" MCFERREN replied, "Aw s—t, bout to uh bout to check out in a minute [leave work]." GOMEZ then asked MCFERREN, "You wanna come get me?" MCFERREN replied, "Yeah, I'm bout to come get you in a few minutes." GOMEZ replied, "Ok, alright." MCFERREN then

21

said, "Yeah, yeah, I'm 'bout to come get you bout 4:30 [p.m.], if not, somewhere around there." GOMEZ then replied, "Alright, I'll get dressed."

86. On or about May 21, 2025, at approximately 4:53 p.m., MCFERREN called GOMEZ on the telephone. During the call, MCFERREN said, "I'm out here." GOMEZ replied, "A'right, I'm coming out."

87. On or about May 21, 2025, at 5:31 p.m., MCFERREN's vehicle returned to MCFERREN's residence on E. 116th St. and parked in the driveway. MCFERREN then exited the driver's side of the vehicle and walked towards his residence. Shortly after, GOMEZ exited the front passenger side of the vehicle and entered the driver's seat. MCFERREN returned shortly after, walked to the driver's side of the vehicle, opened the driver's side door then removed a small sized baggie from his pants pocket and handed the small sized baggie to GOMEZ. GOMEZ then departed MCFERREN's residence.

88. On or about May 21, 2025, at approximately 7:28 p.m., GOMEZ returned to MCFERREN's residence on E. 116th St. in MCFERREN's vehicle. MCFERREN then exited his residence, walked toward his vehicle with GOMEZ in the driver's seat, and appeared to engage in a conversation with GOMEZ. MCFERREN then walked back to his residence and GOMEZ departed the area without MCFERREN.

89. On or about May 21, 2025, at approximately 9:23 p.m., GOMEZ called MCFERREN on the telephone. During the call, GOMEZ said to MCFERREN, "I'm outside." To which MCFERREN replied, "Alright, here I come." Shortly after, MCFERREN was observed walking from his residence to the rented 2025 gray Mazda CX-30 with GOMEZ still in the driver's seat. MCFERREN then entered the front passenger seat and the vehicle departed with

22

GOMEZ driving the rented 2025 gray Mazda CX-30. At approximately 10:29 p.m., MCFERREN's vehicle returned to MCFERREN's residence.

90.     On or about May 29, 2025, at approximately 12:17 p.m., GOMEZ called MCFERREN on the telephone. During the call, MCFERREN said to GOMEZ, "Yeah-yeah, I'm 'bout to uh, jump in the ride and go, go across and get the car [switch from MCFERREN's work car to the rented 2025 gray Mazda CX-30]." GOMEZ replied "Alright."

91.     On or about May 29, 2025, at approximately 1:08 p.m., MCFERREN called GOMEZ on the telephone. During the call, MCFERREN said to GOMEZ "Yeah, I'm on my, I'm coming down the highway now."

92.     On or about May 29, 2025, at approximately 1:47 p.m., MCFERREN's arrived at his residence on E. 116th St. MCFERREN then exited the vehicle and walked to his residence. Around the same time, GOMEZ exited the front passenger side of the vehicle and entered the driver's seat of the vehicle. Shortly after, MCFERREN came out of his residence, walked to his vehicle, opened the driver's side door and handed GOMEZ approximately fifty-five (55) grams of cocaine. Shortly after, GOMEZ departed MCFERREN's residence driving MCFERREN's vehicle.

93.     On or about May 29, 2025, at approximately 2:13 p.m., GOMEZ called MCFERREN on the telephone. During the call, GOMEZ said to MCFERREN, "It's uh, it's a accident or something on the freeway so I'm stuck in traffic, I'm just letting you know."

94.     On or about May 29, 2025, at approximately 2:59 p.m., GOMEZ possessed 55.09 grams of cocaine.

95.     On or about May 29, 2025, at approximately 3:19 p.m., GOMEZ called MCFERREN on the telephone. During the call, GOMEZ stated, "Man, I just got knocked [by the

23

police]." MCFERREN replied, "You're lying." GOMEZ said, "On my momma. I'm at, I'm on on 77 and White Pond. I had; he found one of 'em." MCFERREN replied, "Damn." GOMEZ said, "But then the other one fell outta my pants, that and he just found it." MCFERREN said, "Get the f--k out of here, man." GOMEZ replied, "Yeah, so I'm trying to see, I'm trying, he said he wasn't going to take me to jail, but I think he is now." MCFERREN said, "Damn." GOMEZ said, "I call you back in a second, though." MCFERREN said, "Alright man. Damn."

96.     On or about May 29, 2025, at approximately 4:22 p.m., MCFERREN exited his residence and paced up and down the sidewalk. At approximately 4:28 p.m., GOMEZ arrived at MCFERREN's residence. MCFERREN then entered the front passenger side of the vehicle and departed the residence with GOMEZ driving.

97.     On or about May 29, 2025, at approximately 6:03 p.m., MCFERREN arrived back at his residence, exited his vehicle, and entered his residence.

98.     On or about May 30, 2025, at approximately 8:39 a.m., MCFERREN called GOMEZ on the telephone. During the call, GOMEZ said, "GOOB [MCFERREN]." MCFERREN replied, "What up?" GOMEZ said, "You took the car back?" MCFERREN replied, "No, I'm 'bout to go in a minute." GOMEZ said, "A'right, call me."

99.     On or about May 30, 2025, at approximately 9:41 a.m., MCFERREN called GOMEZ on the telephone. During the call, GOMEZ said, "Yes, Sir Danny?" MCFERREN replied, "What's up, baby. I'm 'bout to grab this dude right quick, then I'll be coming yo' way in a minute." GOMEZ said, "So, what you want me to do? Get dressed now?" MCFERREN said, "Get dressed about prolly about the next hour. I'll be- [voices overlapped]." Both parties acknowledged it, and the call ended.

100. On or about May 30, 2025, at approximately 11:54 a.m., MCFERREN called GOMEZ on the telephone. During the call, MCFERREN said, "Man, why they [rental company] gave me the same color car? I swear, I'm about to go back in here and ask her man and with some motherf--king outta town plates . . . I am f--king pissed anymore, that s--t crazy . . . she don't like me n---a." GOMEZ replied, "Let me know."

101. On the same date, at approximately 11:54 a.m., MCFERREN said, "Yeah, hey, why they try same color and everything? That s--t crazy! Ah, hell no." GOMEZ responded, "They . . . they won't switch it?" MCFERREN said, "That one of the bitch don't like me, I cussed her out too one time. I didn't even want to come back, that is just weird." GOMEZ replied, "Oh wow." MCFERREN said, "That motherf--ker the was the same color and everything . . . with Mexican plates on." GOMEZ said, "Oh, no don't do that." MCFERREN said, "Yeah, everybody be [unintelligible] she got a little at . . . " [MCFERREN and GOMEZ were talking about a rented 2025 black Chevy Trax MCFERREN swapped the rented grey Mazda CX-30 for] GOMEZ then stated he was waiting on MCFERREN which MCFERREN acknowledged, and the call ended.

102. On or about May 30, 2025, at approximately 11:58 a.m., MCFERREN called GOMEZ on the telephone and continued to complain about the rental company giving him a similar looking vehicle to the one he previously rented. During the call, GOMEZ said to MCFERREN, "What happened?" MCFERREN went on to explain to GOMEZ, "Man, she ain't gonna give it...this bitch, she honestly got an attitude. 'no, I ain't got nothing else!' same." GOMEZ then said, "Oh my god! I gotta try to get him to come up here then [referring to GASTON]." MCFERREN then said, "Yeah man, give him a call, cause this s--t crazy, man! Ain't nobody about drive the same color car outta that motherf—ker . . . she gotta a . . . she a

25

bitch! I cussed that hoe out before. Yeah this girl is trying to do some sucker s--t with me and s--t and I cussed her out! She gave me…I look and say 'man this was the same color and everything' the exact same car!" GOMEZ then said, "Oh, I . . . I ain't . . . I ain't gonna lie to you, I ain't . . . I ain't . . . I . . . I ain't scared or nothing but, I just don't wanna go . . . ." MCFERREN then said, "Yeah, that would be stupid though to drive the same color car out there, come on man." GOMEZ then said, "Yeah" MCFERREN then said, "That'll be stupid as a motherf--ker. Damn! This dumb…" GOMEZ then told MCFERREN, "Alright, let me try to get him to come up here." Both parties acknowledged, and the call ended.

103.   On or about May 30, 2025, at approximately 12:29 p.m., GOMEZ called MCFERREN on the telephone. During the call, MCFERREN said, "Highway." GOMEZ replied, "Oh, I'm outside. Okay." MCFERREN said, "Alright I be over there in about ten minutes." GOMEZ said, "A'ight." MCFERREN said, "About five minutes, uhm."

104.   On or about May 30, 2025, at approximately 1:11 p.m., MCFERREN's rented 2025 black Chevy Trax backed into the driveway of MCFERREN's residence. MCFERREN then exited the driver's side of the vehicle and GOMEZ exited the passenger side of the vehicle. MCFERREN then went inside his garage and retrieved what appeared to be a USB cord and handed the USB cord to GOMEZ. GOMEZ then entered the driver's seat of the rented 2025 black Chevy Trax, and MCFERREN entered his residence. GOMEZ was on the phone in MCFERREN's vehicle as GOMEZ's departed MCFERREN's residence.

105.   On or about May 30, 2025, at approximately 2:04 p.m., GOMEZ arrived at GASTON's residence in MCFERREN's vehicle and parked curbside. Shortly after, GASTON emerged from his residence and walked to his vehicle then entered the front passenger seat of MCFERREN's rented 2025 black Chevy Trax GOMEZ operating. Shortly after, GOMEZ and

GASTON departed the vicinity of GASTON'S residence and traveled to Interstate 77 and traveled North toward Cleveland.

106. On or about May 30, 2025, at approximately 2:54 p.m., MCFERREN received an incoming telephone call from GOMEZ. During the call, GOMEZ said to MCFERREN, "I'm about to pull up." MCFERREN replied, "Alright, yup." And the call ended. Around the same time, MCFERREN's vehicle, being operated by GOMEZ, arrived at MCFERREN's residence. Shortly after, MCFERREN emerged from his residence and entered the vehicle being operated by GOMEZ. The vehicle departed shortly after.

107. On or about May 30, 2025, at approximately 5:58 p.m., FEARS arrived at MCFERREN's residence in his vehicle. Shortly after, FEARS is observed walking from his vehicle toward the entrance of MCFERREN's residence. At approximately 6:29 p.m., FEARS exited MCFERREN's residence and entered his vehicle and departed the area. At approximately 6:31 p.m. FEARS returned to the driveway of his residence.

108. On or about May 30, 2025, at approximately 7:32 p.m., FEARS called MCFERREN on the telephone. During the call, FEARS said, "That old girl stealing from you, man." [FEARS is questioning if MCFERREN's girlfriend is taking money from what MCFERREN owes FEARS] MCFERREN replied, "She what?" FEARS said, "She must be stealin' from you, man." MCFERREN said, "Why you say that?" FEARS said, "Who be counting your money, man?" MCFERREN responded, "What you talking 'bout?" FEARS said, "Man . . . that jawn . . . it always be short, man, 20 here, 40 there [the money MCFERREN paid FEARS for the drugs was short from what MCFERREN owed FEARS]." MCFERREN said, "What was it 'Twan? . . . Huh? What was it 'Twan?" FEARS said, "Yeah, I said, man." MCFERREN replied, "Man, sometimes he be counting s--t . . ." FEARS said, "I said she is

stealin', she stealin' from you, bro."[FEARS again poses MCFERREN's girlfriend is stealing from the money MCFERREN owes FEARS] MCFERREN said, "Man, she aint't stealin' s--t from me . . . s--t, she can't get to it, s--t." FEARS said, "Man . . . whatchu got going on, man?" MCFERREN said, "Man we sitting over here chillin' 'n s--t about to get back in the tub." FEARS replied, "Who? . . . you and ya people?" MCFERREN then said, "Huh?" FEARS replied, "You and ya people?" and the conversation ended.

109.    On or about June 10, 2025, at approximately 2:31 p.m., MCFERREN called FEARS on the telephone. After greetings, MCFERREN said, "What's up, baby? Eh . . . that's crazy." FEARS responded, "What's up wit' it? Huh?" MCFERREN replied, "Uh, nah. I said that's crazy." FEARS then said, "I'm on uh, I'm on this mar- I can't see, I can't hear you." MCFERREN then told FEARS he had a call with the CS about meeting the next day. FEARS then said, "I, I said, I still, I still, I still, I still, we still can make something happen!" MCFERREN then replied, "ok, ok, ok, [the CS] said [the CS] would hit me tomorrow anyway. I'll holla at you when you get off, just call me when you get off." FEARS then said to MCFERREN, "Yeah, yeah, yeah, I got G, G, G [FEARS's source of supply]. I can always reach out to him. You feel me?" FEARS continues, "yeah, the same thing. You know what I'm sayin'?" MCFERREN then responded, "Yeah fa sho'." FEARS then acknowledged and the parties concluded the conversation.

110.    On or about June 11, 2025, at his residence, MCFERREN possessed with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

111.    On or about June 11, 2025, MCFERREN possessed a Glock 27 .40 caliber, bearing serial number RWN659.

28

112. On or about June 11, 2025, FEARS possessed a Kimber Ultra Carry II, .45 mm pistol, bearing serial number KU354850, and approximately $3,000 of drug proceeds in his residence.

### ENHANCED PENALTY UNDER TITLE 21, UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. §§ 841(b)(1)(B))

113. Before Defendant SHAWN FEARS committed the offense charged in his count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Sections 846 and 841(a)(1), to wit: Conspiracy to Distribute Cocaine, Case Number 1:10CR412, in the United States District Court, Northern District of Ohio, Eastern Division, on or about August 8, 2011, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

114. On or about February 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant DANIEL MCFERREN, aka GOOB, did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

29

## COUNT 3
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

115.    On or about May 29, 2025, in the Northern District of Ohio, Eastern Division,
Defendant CARLOS GOMEZ did knowingly and intentionally possess with the intent to
distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II
controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and
(b)(1)(C).

## COUNT 4
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

116.    On or about June 11, 2025, in the Northern District of Ohio, Eastern Division,
Defendant DANIEL MCFERREN, aka GOOB, did knowingly and intentionally possess with the
intent to distribute 500 grams or more of a mixture and substance containing a detectable amount
of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code,
Section ns 841(a)(1) and (b)(1)(B).

## COUNT 5
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges

117.    On or about June 11, 2025, in the Northern District of Ohio, Eastern Division,
Defendant, DANIEL MCFERREN, aka GOOB, knowing he had previously been convicted of a
crime punishable by imprisonment for a term exceeding one year, that being: Conspiracy to
Possess with the Intent to Distribute Controlled Substance, Case Number 91-CR-235, in the
United States District Court, Northern District of Ohio, on or about April 9, 1992; did knowingly

30

possess in and affecting interstate commerce a firearm, to wit: a Glock 27 .40 caliber, bearing serial number RWN659, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 6
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

118. On or about June 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant SHAWN FEARS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Conspiracy to Possess with the Intent to Distribute Cocaine, Case Number 1:91CR331, in the United States District Court, Northern District of Ohio, Eastern Division, on or about April 28, 1992; and Conspiracy to Distribute Cocaine, Case Number 1:10CR412, in the United States District Court, Northern District of Ohio, Eastern Division, on or about August 8, 2011; did knowingly possess in and affecting interstate commerce a firearm, to wit: a Kimber Ultra Carry II, .45 mm pistol, serial number KU354850, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 7
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

119. On or about June 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant KEVIN GASTON, aka FAT BOY, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Preparation of Marijuana for Shipment, Case Number CR-93-296722, in the Cuyahoga County Court of Common Pleas, on or about October 14, 1993; and Trafficking in Drugs, Case Number CR-94-

319662, in the Cuyahoga County Court of Common Pleas, on or about October 13, 1995; did knowingly possess in and affecting interstate commerce firearms, to wit: a CANIK TP9 9mm bearing serial number T6472-22CB33949 and a Glock 27 .40 caliber bearing serial number BMAV860, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNTS 8-10
(Use of a Communications Facility to Facilitate a Felony Drug Offense, 21 U.S.C. § 843(b))

The Grand Jury further charges:

120.    On or about the dates and approximate times listed below, in the Northern District of Ohio, Eastern Division and elsewhere, the Defendants listed below did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Section 846:

| Count | Defendants | Date | Time |
|-------|-----------|------|------|
| 8 | DANIEL MCFERREN, aka GOOB | May 29, 2025 | 3:19 p.m. |
| 9 | SHAWN FEARS | May 30, 2025 | 7:32 p.m. |
| 10 | CARLOS GOMEZ | May 29, 2025 | 3:19 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

FORFEITURE

The Grand Jury further charges:

121.    The allegations contained in Counts 1 through 10 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense). As a result of the foregoing offenses, Defendants DANIEL MCFERREN, aka GOOB, SHAWN

FEARS, CARLOS GOMEZ, and KEVIN GASTON, aka FAT BOY, shall forfeit to the United States: any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of their property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offense charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offenses charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.